sented by Joyce R. Branda, Robert E. Kirschman, Jr., Bryant G. Snee; Todd P. Maiberger, United States Department of Housing and Urban Development, Washington, DC.

PROST, Chief Judge, NEWMAN and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**TRUST TITLE COMPANY,**
**Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2015–5004.

United States Court of Appeals, Federal Circuit.

July 15, 2015.

Donald C. Holmes, Jr., Donald C. Holmes and Associates, P.A., Greensboro, MD, argued for plaintiff-appellant.

Eric Laufgraben, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also repre-